**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6417**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VASU D. ARORA,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen M. Williams, Senior District Judge.   (1:98-cr-00072-GMW; 7:01-cv-00305-JCT)

Submitted: June 22, 2006                    Decided: July 3, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Vasu D. Arora, Appellant Pro Se.  Steven Randall Ramseyer, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vasu D. Arora seeks to appeal an order of the district court purportedly entered in this case on January 9, 2006. The district court docket sheet reflects that there was no order entered by the district court in this case on or around that date.[*] Because there is no order—much less a final order or an appealable interlocutory or collateral order—for us to review, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]We note that Arora's appeal from a January 9, 2006 order entered in Western District of Virginia No. 7:05-cv-00188-JCT, is pending before this court in appeal No. 06-6305.